FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GWEN GONZALEZ PRIETO, an Individual,<br><br>              Plaintiff,<br><br>  v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, dba SAFECO INSURANCE, a LIBERTY MUTUAL COMPANY, a foreign insurance company,<br><br>              Defendant. | NO: 1:23-CV-3101-TOR<br><br>ORDER REMANDING TO THE YAKIMA COUNTY SUPERIOR COURT |

BEFORE THE COURT is the Parties' Stipulation for Remand. ECF No. 5. The Parties stipulate that the matter should be remanded to the Superior Court of Washington for Yakima County, Case No. 23-2-01223-39, with each party to pay their respective attorney's fees and costs.

//

//

ORDER REMANDING TO THE YAKIMA COUNTY SUPERIOR COURT ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. This case is hereby **REMANDED** to the Yakima County Superior Court for all further proceedings (former Yakima County Superior Court No. 23-2-01223-39).

2. Pursuant to the Parties' agreement, it is further ordered that Plaintiff shall file a Statement of Arbitrability and pay the necessary filing fee upon remand to Yakima County Superior Court within ten (10) days from the entry of this Court's Order.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, <u>mail a certified copy to the Clerk of the Yakima County Superior Court</u>, and **CLOSE** the file.

DATED July 20, 2023.



THOMAS O. RICE
United States District Judge

ORDER REMANDING TO THE YAKIMA COUNTY SUPERIOR COURT ~ 2